IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                              )
        v.              )   Criminal No. 06-07
                              )
CATHERINE L. BRADICA      )

**ORDER OF COURT**

AND NOW, to-wit, this 14ᵗʰ day of July, 2008, upon

consideration of the foregoing Defendant's Motion to Reproduce

Defendant's Presentence Report, it is hereby ORDERED, ADJUDGED

AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that defense counsel may copy the

Presentence Report and provide that copy to Michael Rollage.

_____
Gary L. Lancaster
United States District Judge

cc:  Counsel of Record
     U.S. Probation Office