IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-07 |
| | ) | |
| CATHERINE L. BRADICA | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 13th day of Aug, 2008, upon consideration of the foregoing Defendant's Motion to Reproduce Defendant's Presentence Report, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED; IT IS FURTHER ORDERED that defense counsel may copy the Presentence Report and provide that copy to Jolie S. Brams, Ph.D.

Gary L. Lancaster
United States District Judge

cc: Counsel of Record
    U.S. Probation Office