IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 06-07 |
| | ) | |
| CATHERINE L. BRADICA | ) | |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of June, 2009, upon consideration of Motion for Bail Pending Appeal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that Catherine Bradica is released on bail pending appeal, subject to the conditions already in effect.

_____
Gary L. Lancaster
United States District Judge

cc: Counsel of Record

AND NOW, THIS 8th DAY OF June, 2009, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

cc: US MARSHAL